IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00957-KLM

CARLOS CUESTA and
ACCESS 4 ALL INCORPORATED,

    Plaintiffs,

v.

AAKC CHERRY CREEK PROPERTY OWNER, LP d/b/a
DOUBLETREE BY HILTON DENVER CHERRY CREEK.

    Defendants.

---

## JOINT NOTICE OF SETTLEMENT

---

Plaintiffs, CARLOS CUESTA and ACCESS 4 ALL INCORPORATED, and Defendant, AAKC CHERRY CREEK PROPERTY OWNER, LP d/b/a DOUBLETREE BY HILTON DENVER CHERRY CREEK, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to these defendants.

Respectfully submitted this February 8, 2023.

| | |
|---|---|
| /s/ *Anthony J. Perez* <br> ANTHONY J. PEREZ <br> GARCIA-MENOCAL & PEREZ, P.L. <br> 1600 Broadway <br> Denver, Colorado 80202 <br> Telephone: (305) 553- 3464 <br> Email:  ajperez@lawgmp.com | /s/ *Melisa H. Panagakos* <br> MELISA H. PANAGAKOS <br> JACKSON LEWIS P.C. <br> 950 17th Street, Suite 2600 <br> Denver, Colorado 80202 <br> Telephone: (303) 892-0404 <br> Email: Melisa.Panagakos@jacksonlewis.com |

*Attorney for Plaintiff*                    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this February 8, 2023.

                                          Respectfully submitted,

                                        **GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, Colorado 80202
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com; dramos@lawgmp.com

By:  /s/ *Anthony J. Perez*
      ANTHONY J. PEREZ