IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00957-KLM

ACCESS 4 ALL INCORPORATED, and
CARLOS CUESTA,

　　　Plaintiffs,

v.


AAKC CHERRY CREEK PROPERTY OWNER, LP D/B/A
DOUBLETREE BY HILTON DENVER CHERRY CREEK,

　　　Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

　　　This matter is before the Court on the parties' **Joint Stipulation of Dismissal With Prejudice** [#31] ("Stipulation").   Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that a plaintiff may voluntarily dismiss an action "without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared."

　　　Because the Stipulation [#31] is signed by counsel for all parties of record who agree to dismissal,

　　　IT IS HEREBY **ORDERED** that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.   The Clerk of Court shall close this case.

　　　Dated:　March 13, 2023